# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

3:23-cv-00200-MPB-CSW

Larry E. Hill

[You are the PLAINTIFF, print your full name on this line.]

Case No. 49-G04-0801-PC-01627

v. R.D.C Reception Dianostic center,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[For a new case in this court, leave blank. The court will assign a case number.]

**FILED**
**11/13/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] R.D.C Reception Dianostic center | Plainfield Indiana |
| 2 | [Put the names of any other defendants in these boxes.] I.M.P.D Police Department | Indpls, Ind |
| 3 | officer Scott officer CAin | Indpls, Ind |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is the name and address of your prison or jail? Branchville correctional facility Indiana Department of correction 2390 old state RD 37 Branchville, IN 47514-9042

3. Did the event you are suing about happen there? ○ Yes  ● No, it happened at: _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

4. On what date did this event occur? __6/21/2015__

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was locked up with out A charge and Lisa Borges sent me to prison I went to R.D.C with out a case I never commited a crime once you get to R.D.C they post to release you I won't Justice for the facility holding me Against my will. Lisa Borges out of court room 4 unlawfully held me against my will sent me to prison with out a violation of my work Release sentence. Reception Dianostic Center post to be more proffesional and Release you with out A charge.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

To keep it real I know everthing that's going on Judges police Attorney Generals supreme court all yall ~~~~ know this city it's over it's done it's threw when you got people like lisA Borges sheila carlisA officer scott officer cain trying to hurt you sending you back in ~~forth to prison~~ with out A case beating on you knife cases swat team kicking doors in senior ~~~~ citzen building old people what yall trying to do kill me cheif of security jumping out of Impd cars kicking you in your face 2019 CCA suppreme court know about it yall know who killing people the proffesional turning people into monsters cycle pAths the weak anyway but to tell you the truth it's time for a change. God did that to yAll do the math I got A 98% ~~~~ yAll the killers it's not us. cover that up.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.

cheif ☺ Play on my dianocies.

Larry Eluis Hill

Ask the lady and the man 2019-12-24-2019 49G18-1912-F6-048198 did I TRY to break in Her house or even attempt ask her and him who ever he was who chased me in the middle of the street what happend that night never committed 1 crime watch were all these felonys comming from cheif of security he Run the force.

Sincerly

Larry Hill

3/8/85

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ○ After I was convicted while confined serving the sentence.
   ● Other: _____

6. Have you ever sued anyone for this exact same event?
   ● No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?  ● No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   pay for pain and suffering
   Cruel unusal punnishment
   false Arrest false imprisonment

[Initial Each Statement]

L.H  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
L.H  I will keep a copy of this complaint for my records.
L.H  I will promptly notify the court of any change of address.
L.H  I WILL NOT send more than one copy of any filing to the court.
L.H  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
L.H  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  11 / 2 /20 23  at  10:00  am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_Larry Hill_                                          998356
Signature                                             Prisoner Number
240 (Rev. 7/10) (INND Rev. 8/16)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]